1
2  Amy M. Samberg, Esq.
   Nevada Bar No. 10212
3  Chad R. Fears, Esq.
   Nevada Bar No. 6970
4  Tegan C. Machnich
   Nevada Bar No. 11642
5  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway
6  Suite 1100
   Las Vegas, NV 89169
7  Telephone: 702.784.5200
   Facsimile: 702.784.5252
8  *Attorneys for Defendant Colorado Casualty*
9  *Insurance Company*

10              **IN THE UNITED STATES DISTRICT COURT**

11                        **DISTRICT OF NEVADA**

12
                                        Case No.  2:10-cv-01852-RLH-LRL
13  YUL CASHMAN, an individual

14
                Plaintiff,
15
                                        **STIPULATED DISCOVERY PLAN**
                                        **AND SCHEDULING ORDER**
16       vs.
                                        **SUBMITTED IN COMPLIANCE**
17                                      **WITH LR 26-1(E)**
    COLORADO CASUALTY INSURANCE
18  COMPANY, a Massachusetts Corporation;
    DOES I through X,
19
20              Defendants.

21

22       Plaintiff, YUL CASHMAN, and Defendant, COLORADO CASUALTY INSURANCE

23  COMPANY, through their undersigned counsel, hereby submit this Discovery Plan and

24  Scheduling Order pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(d).  Counsel for the parties,

25  Matthew Vannah, Esq. and Tegan Machich, Esq., conferred as required by LR 26-1(d) on

26  December 6, 2010, and discussed and agreed upon the following:

27  1.   <u>Discovery Cut-Off Date.</u>  The parties shall have 180 days, calculated from the date that

28  Defendant, COLORADO CASUALTY INSURANCE COMPANY, answered the Complaint,

1   October 29, 2010. The discovery cut-off date, therefore, will be **April 27, 2011**.

2   2.   <u>Amending the Pleadings and Adding Parties</u>. The last date for filing motions to amend the

3   pleadings or to add parties shall not be later than 90 days prior to the close of discovery. In this

4   action the last date for filing motions to amend the pleadings or add parties shall be **January 27,**

5   **2011.**

6   3.   <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)</u>. Disclosure of experts shall proceed

7   accordingly:

8           (a)     The disclosure of experts and expert reports shall occur on **February 28, 2011**,

9   which is 60 days before the discovery cut-off date;

10                  and

11          (b)     The disclosure of rebuttal experts and their reports shall occur on **March 28, 2011**,

12   which is the first judicial date after 30 days before the discovery cut-off date.

13   4.   <u>Dispositive Motions.</u>   The parties shall have until **May 27, 2011** to file dispositive motions.

14   This is thirty (30) days after the discovery cut-off date and does not exceed the outside limit of

15   thirty (30) days following the discovery cut-off date that LR 26-1(e)(4) presumptively sets for

16   filing dispositive motions.

17   5.   <u>Pretrial Order.</u>   The joint pretrial order shall be filed by **June 24, 2011**, which is not more

18   than thirty (30) days after the date set for filing dispositive motions in the case. The disclosures

19   required by Fed. R. Civ. P. 26(a)(3) shall be made in the joint pretrial order.

20          (a)     <u>Court Conference.</u>   The parties do not request a conference with the Court before

21   entry of the scheduling order.

22          (b)     <u>Later Appearing Parties.</u>   A copy of this discovery plan and scheduling order shall

23   be served on any person served after it is entered, or, if an additional defendant should appear,

24   within five (5) days of their first appearance.   This discovery plan and scheduling order shall

25   apply to such later-appearing parties, unless the Court, on motion and for good cause shown

26   orders otherwise.

27   6.   <u>Extension or Modification of the Discovery Plan and Scheduling Order.</u>   LR 26-4 governs

28   modifications or extensions of this discovery plan and scheduling order.   Any stipulation or

1  motion must be made not later than twenty-one (21) days before the discovery cut-off date and

2  comply fully with LR 26-4.

3

4  Dated: December 8, 2010.                          Dated: December 8, 2010.

5      VANNAH & VANNAH                                  SNELL & WILMER L.L.P.

6

7  By:  /s/ Matthew Vannah_____      By:  /s/ Tegan Machnich_____
       Matthew Vannah, Esq.                          Amy Samberg, Esq.
       Vannah & Vannah                               Chad Fears, Esq.
8      400 South Fourth Street, 6th Floor            Tegan Machnich, Esq.
       Las Vegas, Nevada 89101                       SNELL & WILMER L.L.P.
9      *Attorneys for Plaintiff*                     3883 Howard Hughes Parkway
                                                     Suite 1100
10                                                   Las Vegas, NV  89169
                                                     *Attorneys for Defendant Colorado*
11                                                   *Casualty Insurance Company*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

1.    IT IS SO ORDERED.

2.        1.      Discovery will take **180** days, measured from October 29, 2010, which is the first date a Defendant answered or otherwise appeared in the case.   The discovery cut-off date, therefore, will be **April 27, 2011**.

        2.      The disclosure of experts and expert reports shall occur on **February 28, 2011**, which is 60 days before the discovery cut-off date.

        3.      The disclosure of rebuttal experts and their reports shall occur on **March 28, 2011**, which is the first judicial day after 30 days before the discovery cut-off date.

        4.      Amending the Pleadings and Adding Parties.   The parties shall have until **January 27, 2011** to file any motions to amend the pleadings or to add parties.  This is 90 days before the discovery cut-off date for filing such motions.

        5.      Dispositive Motions.  The parties shall have until **May 27, 2011**, to file dispositive motions.  This is 30 days after the discovery cut-off date and does not exceed the outside limit of thirty (30) days following the discovery cut-off date that LR 26-1(e)(4) presumptively sets for filing dispositive motions.

        6.      Pretrial Order.  The pretrial order shall be filed by **June 24, 2011**, which is not more than thirty (30) days after the date set for filing dispositive motions in this case.  This deadline is suspended if a dispositive motion is timely filed.  The disclosure required by Fed. R. Civ. P. 26(a)(3) shall be made in the joint pretrial order.

        7.      Extension or Modification of the Discovery Plan and Scheduling Order.  LR 26-4 governs modifications or extensions of this discovery plan and scheduling order.  Any stipulation or motion must be made not later than twenty-one (21) days before the discovery cut-off date and comply fully with LR 26-4.

Dated this 16th day of Dec., 201 0

                                  _____
                                    UNITED STATES MAGISTRATE JUDGE

12286267.1